**Order entered July 25, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00698-CV

**MICHAEL SUTKER, M.D., ET AL., Appellants**

**V.**

**DORCAS SIMMONS, Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-13851**

## ORDER

Before the Court is appellants' July 20, 2018 unopposed motion for an extension of time

to file a brief. We **GRANT** the motion and extend the time to **August 6, 2018**.


/s/     ADA BROWN
         JUSTICE